# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH ROSENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV777SNL |
| | ) | |
| MISSOURI DEPT. OF CORRECTIONS, | ) | |
| ET. AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the plaintiff's motion to appoint counsel (#4), filed May 13, 2005. On July 5, 2005 this Court denied plaintiff's application for *in forma pauperis* status. *See*, Court Order #5. On July 11, 2005 plaintiff paid the regular civil filing fee of #250.00.

As a civil litigant, plaintiff is not constitutionally entitled to have a court-appointed attorney. Stevens v. Redwing, 146 F.3d. 538, 546 (8th Cir. 1998); Edgington v. Mo. Dept. of Corrections, 52 F.3d. 777, 780 (8th Cir. 1995). Since plaintiff has been denied *in forma pauperis* status and appears able to clearly articulate his claims, the Court is not inclined to appoint him counsel. Plaintiff is advised to seek the advise and assistance of retained counsel in pursuing his litigation so that his rights and interests can be fully protected.

Dated this ___10th___ day of August, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE